IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THREE RIVERS PROVIDER<br>NETWORK, INC.<br>c/o Robert E. Barnes, Esq.<br>Barnes Law<br>601 S. Figueroa St., Suite 4050<br>Los Angeles, CA 90017<br><br>    Plaintiff<br>v.<br><br>JETT INTEGRATION and JEFF OTT<br>c/o Michelle B. Baker, Esq.<br>Kramer Deboer and Keane<br>21860 Burbank Boulevard<br>Suite 370<br>Woodland Hills, CA 91367<br><br>    Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case No. 3:14-cv-01092-JM-KSC<br>(Pending in the U.S. District Court<br>for the Southern District of<br>California) |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO QUASH INVALID SUBPOENA TO NON-PARTY BRYAN OPDYCKE

Non-Party Bryan Opdycke, by his undersigned counsel, pursuant to Federal Rule 45, files this Motion to Quash the invalid subpoena served on him on Thursday, December 3, 2015, and in support thereof, states:

1. On the evening of Thursday, December 3, 2015, Bryan Opdycke was served with a subpoena (the "Subpoena") in a case that is apparently pending in the U.S. District Court for the Southern District of California (Case No. 3:14-cv-01092-JM-KSC) ("California Case"). A copy of the Subpoena is attached hereto as **Exhibit 1.**

2. Mr. Opdycke is not a party to the California Case.

3. The Subpoena purports to require that Mr. Opdycke appear for his deposition on Monday, December 7, 2015 at 10:00 a.m. ET. The place of the deposition is "Veritext, 150 I St. NW, Washington, DC 20005".

4.  The Subpoena fails to allow a reasonable time for compliance and subjects Mr. Opdycke to an undue burden. Mr. Opdycke has been given less than two (2) business days' notice to appear for a deposition.

5.  Fed. R. Civ. Pro. 45(c)(3)(A) provides:

> On timely motion, the court for the district where compliance is required must quash or modify a subpoena that: (i) fails to allow a reasonable time to comply; . . . or (iv) subjects a person to undue burden.

6.  Giving a non-party less than two (2) business days' notice to appear for a deposition is unreasonable and imposes an undue burden on Mr. Opdycke. Mr. Opdycke has a job and is scheduled to work on Monday, December 7, 2015. At no time did Plaintiff's counsel, who issued the Subpoena, contact Mr. Opdycke in an effort to schedule his deposition on a mutually agreeable date and time.

7.  The Subpoena should be quashed for failing to allow a reasonable time for compliance and for imposing an undue burden on Mr. Opdycke.

8.  There is also another procedural defect with the Subpoena. The check for the witness fee is made payable to a "<u>Bryce</u> Opdycke" – not <u>Bryan</u> Opdycke. A copy of this check is attached hereto as **Exhibit 2**.

WHEREFORE, for the reasons set forth herein, Bryan Opdycke requests that this Court enter an order granting this Motion to Quash, quashing the Subpoena, and granting such other relief as is just and proper under the circumstances.

Respectfully submitted,

_____
John J. Hathway (Bar No. 412664)
Whiteford, Taylor & Preston, LLP
1800 M Street, NW
Suite 450N
Washington, DC 20035
Phone: (202) 659-6800
Fax: (202) 331-0573
jhathway@wtplaw.com

Ilana Subar (Bar No. MD25181)
Whiteford, Taylor & Preston, LLP
7 St. Paul Street, Suite 1300
Baltimore, MD 21202
isubar@wtplaw.com

*Attorneys for Bryan Opdycke*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2015, a copy of the foregoing Motion to Quash, and proposed Order, was served via email and first class mail to:

> Robert E. Barnes, Esq.
> Barnes Law
> 601 S. Figueroa St., Suite 4050
> Los Angeles, CA 90017
> robertbarnes@barneslawllp.com
> *Counsel for Plaintiff*
>
> Michelle B. Baker, Esq.
> Kramer Deboer and Keane
> 21860 Burbank Boulevard
> Suite 370
> Woodland Hills, CA 91367
> mbaker@kdeklaw.com
> *Counsel for Defendants*

_____
John Hathway